416 Pa. 54 (1964)
Erie
v.
R.D. McAllister & Son, Appellants.
Supreme Court of Pennsylvania.
Argued March 19, 1964.
July 1, 1964.
Before BELL, C.J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.
*55 John M. Wolford, with him Edward H. Carney, and Dunn & Wolford, for appellants.
Gerald J. Weber, with him Knox, Weber, Pearson & McLaughlin, for appellee.
OPINION PER CURIAM, July 1, 1964:
Judgment affirmed on the able opinion of Judge LAUB, 35 Pa. D. & C. 2d 591.